DANA A. KRAVETZ, ESQ. (SBN 179718)
dkravetz@mrllp.com
EMILY J. ATHERTON, ESQ. (SBN 239837)
eatherton@mrllp.com
**MICHELMAN & ROBINSON, LLP**
10880 Wilshire Blvd., 19th Floor
Los Angeles, California 90024
Telephone: (310) 299-5500
Facsimile: (310) 299-5600

Attorneys for Defendant,
MARRIOTT HOTEL SERVICES, LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LILIAN JOSEFINA VAZQUEZ, an individual.<br><br>Plaintiff,<br><br>vs.<br><br>MARRIOTT HOTEL SERVICES, LLC, a Delaware Limited Liability Company; MARRIOTT BUSINESS SERVICES, a company of unknown origin; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: '26CV3183 H MSB<br>Assigned to: Honorable<br><br>**DEFENDANT'S CERTIFICATE OF INTERESTED ENTITIES AND/OR PERSONS**<br><br>[Orange County Superior Court, Case No. 30-2026-01563546-CU-WT-CJC]<br><br>*[Filed concurrently with Notice of Removal; Civil Cover Sheet; Declaration of Emily J. Atherton, Esq.; Declaration of Gabriela Aguilera; Declaration of Courtney Bleakley; and Corporate Disclosure Statemen]*<br><br>Complaint Filed: April 17, 2026<br>Trial Date: None Set |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Defendants MARRIOTT HOTEL SERVICES, LLC ("Defendant"), by and through its undersigned counsel, hereby certifies that it is not aware of an entity or person having any interest in this case besides the parties.

Dated: May 21, 2026

**MICHELMAN & ROBINSON, LLP**

By: /s/ Emily J. Atherton
Dana A. Kravetz, Esq.
Emily J. Atherton, Esq.
Attorneys for Defendant,
MARRIOTT HOTEL SERVICES, LLC

**CERTIFICATE OF SERVICE**

*Lilian Josefina Vazquez v. Marriott Hotel Services, LLC, et al*

U.S.D.C. Case No.

I am a resident of the State of California, over the age of eighteen years and not a party to the action in which the service is made. My business address is 10880 Wilshire Blvd., 19th Floor, Los Angeles, CA 90024.

On May 21, 2026, I served the foregoing document(s): **DEFENDANT'S CERTIFICATE OF INTERESTED ENTITIES AND/OR PERSONS** on all interested parties as follows:

| | |
|---|---|
| Kane Moon, Esq<br>Christopher Garcia, Esq<br>Laura M. Hartman, Esq<br>MOON LAW GROUP, PC<br>725 S. Figueroa Street, 31st Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 232-3128<br>Facsimile: (213) 232-3125<br>Email: kmoon@moonlawgroup.com<br>cgarcia@moonlawgroup.com<br>lhartman@moonlawgroup.com | ***Attorney for Plaintiff,<br>Lilian Josefina Vazquez*** |

☒ **(BY ELECTRONIC MAIL)** By personally transmitting to the above-named person(s), who has previously agreed to receive documents via electronic mail, to the e-mail address as shown above, on the date and time listed below, originating from the Michelman & Robinson, LLP's electronic mail address, pursuant to the C.R.C. 2060 and Government Code § 11440.20. A true copy of the above-described document(s) was transmitted by electronic transmission through the Michelman & Robinson, LLP's mail server, which did not report any error in sending the transmission.

☒ **(BY ELECTRONIC FILING WITH THE U.S. DISTRICT COURT)** I certify that on May 21, 2026, I electronically transmitted the attached document to the United States District Court and/or the US District Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants/recipients registered with the United States District Court according to Federal District Court Rules requirements.

☒ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 21, 2026, at Los Angeles, California.

/s/ Wendy Genovese

Wendy Genovese